Mark D. Poniatowski, Esq. (#123405)
Kimberly F. Leding, Esq. (#233618)
Meera T. Parikh, Esq. (#217996)
PONIATOWSKI LEDING PARIKH PC
20980 Redwood Road, Suite 200
Castro Valley, California 94546
Telephone: (510) 881-8700
Facsimile: (510) 881-8702

Attorneys for Creditor Ventus Properties, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In Re                                                    Chapter 13 Case No. 14-43181

GILBERT GUERRERO GUAJARDO and          NOTICE OF CONSENT TO
LORRAINE BERNICE GUAJARDO,              SUBSTITUTION OF ATTORNEY

Debtors.
_____/

Notice is hereby given that Ventus Properties, LLC ("Ventus") substitutes Mark D. Poniatowski, Esq. of Poniatowski Leding Parikh PC, State Bar No. 123405 as counsel of record in place of Martin W. Phillips, Esq. of Law Offices of Martin W. Phillips.

Contact information for new counsel is as follows:

> Mark D. Poniatowski, Esq. (State Bar No. 123405)
> Poniatowski Leding Parikh PC
> 20980 Redwood Road, Suite 200
> Castro Valley, California 94546
> Telephone No. (510) 881-8700
> Facsimile No. (510) 881-8702
> Email: ponlaw@ponlaw.com

I consent to the above substitution.

DATED: November 10, 2014          VENTUS PROPERTIES, LLC

                                  By: _____
                                  Title: MANAGER FREELIGHT FINANCIAL
                                         AS AGENT FOR VENTUS PROPERTIES.

(SIGNATURES CONTINUED ON NEXT PAGE)

---

In re Gilbert Guerrero Guajardo and Lorraine Bernice Guajardo, Chapter 13 Case No. 14-43181
NOTICE OF CONSENT TO SUBSTITUTION OF ATTORNEY                                    Page -1-

Case: 14-43181    Doc# 18    Filed: 11/12/14    Entered: 11/12/14 15:33:10    Page 1 of 3

| | | |
|---|---|---|
| DATED: November 12, 2014 | | PONIATOWSKI LEDING PARIKH PC |

*/s/ Mark D. Poniatowski*
MARK D. PONIATOWSKI

DATED: November ___, 2014     LAW OFFICES OF MARTIN W. PHILLIPS

_____
MARTIN W. PHILLIPS

In re Gilbert Guerrero Guajardo and Lorraine Bernice Guajardo, Chapter 13 Case No. 14-43181
NOTICE OF CONSENT TO SUBSTITUTION OF ATTORNEY                    Page -2-

Case: 14-43181    Doc# 18    Filed: 11/12/14    Entered: 11/12/14 15:33:10    Page 2 of 3

| | | |
|---|---|---|
| 1 | DATED: November ___, 2014 | PONIATOWSKI LEDING PARIKH PC |
| 2 | | |
| 3 | | MARK D. PONIATOWSKI |
| 4 | | |
| 5 | DATED: November 12, 2014 | LAW OFFICES OF MARTIN W. PHILLIPS |
| 6 | | |
| 7 | | MARTIN W. PHILLIPS |

In re Gilbert Guerrero Guajardo and Lorraine Bernice Guajardo, Chapter 13 Case No. 14-43181
NOTICE OF CONSENT TO SUBSTITUTION OF ATTORNEY

Page -2-